# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-00996-AWI-NEW (DLB)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE CASE TYPE FROM 550 TO 440, REMOVE "PC" DESIGNATION, ISSUE ANY APPLICABLE STANDING ORDERS, ISSUE SCHEDULING ORDER, AND ISSUE SUMMONSES |

This civil rights action was filed on July 12, 2007, and opened with the administrative designation of 550, which denotes a prisoner civil rights case filed by a pro se plaintiff.  In light of the fact that plaintiff is represented by counsel, this action shall be re-designated administratively as a 440 case and the "PC" shall be removed.  Any applicable standing orders and the scheduling order issued in regular civil actions shall issue in this case, and the Clerk of the Court shall issue the summonses.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to:

1. Change the type of case from 550 to 440;

2. Remove the "PC" designation;

3. Issue any applicable standing orders;

4. Issue a scheduling order; and

///

///

///

5.  Issue summonses.

IT IS SO ORDERED.

**Dated:   August 23, 2007**                              **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE