IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN C. MARTINEZ,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                        Defendants. | 1:07-CV-00996 AWI DLB<br><br>**ORDER GRANTING STIPULATION FOR  EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |

The Stipulation for an extension of time for Defendants Tilton, Montes and Hanson to respond to Plaintiff's complaint for damages was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Tilton, Montes and Hanson have to and including October 19, 2007, within which to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **October 4, 2007**                            **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Stipulation for Extension of Time to Respond to Plaintiff's Complaint for Damages*

1