IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-07-996 AWI DLB<br><br>ORDER RE PLAINTIFF'S MOTION TO COMPEL AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER<br>[Docs. 29, 31] |

　　　　Plaintiff is a state prisoner and proceeding with counsel in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on July 12, 2007. On March 12, 2008, Defendants filed a motion for protective order requesting an extension of time in which to respond to discovery. On April 2, 2008, Plaintiff filed a motion to compel responses to discovery. The motions were deemed suitable for decision without oral argument and removed from calendar.

**BACKGROUND**

　　　　Plaintiff, a quadriplegic and an insulin dependant diabetic, has been incarcerated at the Acute Care Hospital (ACH) at CSP-COR. Plaintiff filed a complaint on July 12, 2007 alleging various violations of his right to medical care. His claims are: (1) Violation of Civil Rights § 1983; (2) Violation of ADA; (3) Abuse of Dependant Adult (CA Welf. & Inst Code 15600 et. Seq.); (4) Defamation (Ca Civ

1  Code §44 et. seq.; (5) Conspiracy §§1985 and 1986 and (6) Intentional Infliction of Emotional Distress

2        The named defendants include senior managers of the CDCR; the Director of the California
3  Department of Finance; the warden; the chief medical officer of CSP-COR; and various medical and
4  custodial staff at the ACH at CSP-COR.

5        On February 15, 208, Plaintiff served Interrogatories and Inspection Demands on the individual
6  defendants. On March 12, 2008, Defendants filed a Motion for Protective Order requesting an extension
7  of time to and including May 2, 2008 in which to respond to Plaintiff's discovery.  On March 19,
8  Defendants served objections to the discovery to protect against any inadvertent waiver of objections
9  pending the hearing on the protective order.

10       On March 20, 2008, the Court issued Findings and Recommendations recommending that
11 Defendants' motion to dismiss be granted in part and that Plaintiff be granted leave to amend Claims
12 One and Two.

13       On April 2, 2008, Plaintiff filed a Motion to Compel responses to discovery.

14       Defendants seek an extension of time in which to respond to the discovery because it was served
15 while their motion to dismiss was pending and the number, scope and nature of the requests necessitate
16 more time to respond.

17       Plaintiff argues that Defendants did not make a good faith attempt to resolve their request for
18 extension of time prior to filing their motion for protective order.  Plaintiff contends that he offered
19 Defendants a 12-day extension of time but Defendants proceeded to file their motion without attempting
20 to reach a compromise.  Plaintiff also contends Defendants have not provided sufficient justification for
21 their request for a 44- day extension to respond to the discovery requests.

22 **DISCUSSION**

23       Upon motion by a person responding to a discovery request, the court "may, for good cause, issue
24 an order to protect a party or person from annoyance, embarrassment, oppression or undue burden or
25 expense . . . " Fed.R.Civ.P. 26(c)(1).  The moving party must make a clear showing of a particular and
26 specific need for the order. *Blankenship v. Hearst Corp.*, 519 F.2d 418, 429 (9th Cir. 1975).  Even if
27 good cause for a protective order is shown, the court must still balance the interests in allowing
28 discovery against the relative burdens to the parties. *See Wood v. McEwen*, 644 F.2d 797, 801 (9th Cir.

1981).

Defendants have demonstrated good cause for an extension of time to respond to the discovery. The additional time requested is reasonable and on balance, the burden to Plaintiff from a short extension is minimal. Indeed, Plaintiff has not demonstrated any prejudice that would result from a short extension of time.

Accordingly, Defendants' motion for a Protective Order is HEREBY GRANTED. Defendants are granted an extension of time to and including May 2, 2008, to respond to Plaintiff's discovery to the individual defendants and an extension of time to and including May 16, 2008 to respond to Plaintiff's discovery to the State of California.

IT IS SO ORDERED.

**Dated:** **April 14, 2008**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE