UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-0996-AWI-DLB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 30)<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

    Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 20, 2008, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  No party has filed objections to the Magistrate Judge's Findings and Recommendation.

//

/

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendation, filed March 20, 2008,
8 are ADOPTED IN FULL; and,
9    2.  Defendants' motion to dismiss is GRANTED in PART as
10 follows:
11        a.  Defendants' motion to dismiss Claim Three is
12            DENIED;
13        b.  Defendants' motion to dismiss Claims One and Two
14            is GRANTED; and
15        c.  Plaintiff is granted leave to file an amended
16            complaint to cure the deficiencies discussed in
17            the Findings and Recommendations filed March 20,
18            2008.  Plaintiff's amended complaint shall be
19            filed within 10 days.

21 IT IS SO ORDERED.

22 **Dated:   May 5, 2008**              **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE