Ken I. Karan, Esq. California State Bar No. 204843
kkaran.law@gmail.com
LAW OFFICE OF KEN I. KARAN
3631-D Village Circle
Carlsbad, CA 92008
(760) 420-5488
Fax (866) 841-5420

Attorney for Plaintiff Steven C. Martinez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:07-cv-00996-AWI-DLB<br><br>STIPULATION OF THE PARTIES AND PROPOSED ORDER TO AMEND SCHEDULING ORDER |

Plaintiff, by and through counsel, Ken I. Karan, and Defendants, by and through counsel David A. Carrasco, stipulate as follows:

The current scheduling order does not reflect the state of the proceedings. Therefore, the parties stipulate to the following amended schedule:

| Event | Current Date | Stipulated Date |
|---|---|---|
| Discovery Deadlines: | | |
| Non Expert: | October 10, 2008 | December 12, 2008 |
| Expert: | November 14, 2008 | January 16, 2009 |
| Disclosure of Expert Witnesses: | September 5, 2008 | November 7, 2008 |
| Supplemental Disclosure of Expert Witnesses: | October 17, 2008 | December 19, 2008 |
| Non-Dispositive Motion Deadlines: | | |
| Filing: | November 19, 2008 | January 14, 2009 |

|  |  |  |
|---|---|---|
| Hearing: | December 12, 2008 | February 13, 2009 |
| Dispositive Motion Deadlines: | | |
| Filing: | November 21, 2008 | January 23, 2009 |
| Hearing: | December 22, 2008 | February 23, 2009 |
| Pre-Trial Conference: | February 6, 2009 | April 10, 2009 |
| Trial: | March 24, 2009 | May 26, 2009 |

So, stipulated.

Dated: September 9, 2008         Signed:   /s/  Ken I. Karan
                                           Ken I. Karan, Esq.
                                           3631-D Village Circle
                                           Carlsbad, CA 92008
                                           kkaran.law@gmail.com
                                           760-420-5488 Fax: 866-841-5420

Dated: September 5, 2008         Signed:   /s/ David A. Carrasco
                                           David A. Carrasco
                                           Supervising Deputy Attorney General
                                           Attorneys for Defendants

Having reviewed the stipulation to modify the scheduling order, and having found good cause therefore, the stipulation is the order of the court.

IT IS SO ORDERED.

Dated:   **September 11, 2008**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE

2
STIPULATION OF THE PARTIES AND PROPOSED ORDER TO AMEND SCHEDULING ORDER