UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTINEZ, | 1:07-cv-0996-AWI-DLB |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 59) |
| vs. | |
| STATE OF CALIFORNIA, et al., | **ORDER GRANTING MOTION TO DISMISS IN PART** |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.[1]

On October 4, 2008, the Magistrate Judge filed Findings and a Recommendation that recommended the court grant Defendants' motion to dismiss in part and deny Defendants' motion to dismiss in part. The Findings and Recommendation were served on the parties and which contained notice to the parties that any

---

[1] Based on the consent of the parties, on November 18, 2008, the case was reassigned to the Magistrate Judge for all purposes. Because the Findings and Recommendations were issued prior to the reassignment, the recommendation shall be reviewed by the District Judge.

1

1  objections to the Findings and Recommendation were to be filed
2  within ten (10)days.  To date, the parties have not filed
3  objections to the Magistrate Judge's Findings and Recommendation.
4       In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendation to
8  be supported by the record and by proper analysis.
9       Accordingly, IT IS HEREBY ORDERED that:
10      1.   The Findings and Recommendation, filed October 4, 2008,
11 are ADOPTED IN FULL; and,
12      2.   Defendants' motion to dismiss is HEREBY GRANTED in part
13           as follows:
14           a.   Defendants motion to dismiss Claim One against
15                defendants Tilton, Adams, McGuinness and De Leon
16                is GRANTED;
17           b.   Defendants' motion to dismiss Claim Two is DENIED;
18                however, Plaintiff's claim for punitive damages as
19                to his ADA claim is DISMISSED;
20           c.   Defendants' motion to dismiss Claim Three is
21                GRANTED as to the State of California and DENIED
22                as to defendants Tilton and Adams; and
23           d.   Defendants' motion to dismiss Claim Seven is
24                GRANTED as to defendants Tilton, Adams, De Leon
25                and the State of California and DENIED as to
26                defendant McGuinness.
27      The dismissals are without leave to amend because Plaintiff
28 was already given the opportunity to file an amended complaint

and was unable to cure the deficiencies discussed in the recommendation.

IT IS SO ORDERED.

**Dated:     November 24, 2008**                              /s/ Anthony W. Ishii
                                                             CHIEF UNITED STATES DISTRICT JUDGE