1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  KENNETH R. WILLIAMS
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1938
8    Fax:       (916) 324-5205
     E-mail: David.Carrasco@doj.ca.gov

Attorneys for Defendants State of California, Adams, Bradley, Brewer, Carter, Childress, Davis, De Leon, Garcia, Garza, McGuinness, Nacar, Nunez, Sena, Smith, Tilton, Van Natta, and Vargas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                    Defendants. | No. 1:07-cv-00996 DLB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY FOR DEFENDANT McGUINNESS** |

For the reasons and under the conditions specified below, the parties stipulate to extend discovery for Defendant McGuinness, CSP-Corcoran's Chief Medical Officer, until April 17, 2009, at the earliest; a further extension may be necessary.

The non-expert discovery cutoff is February 13, 2009. Responses to written discovery from several Defendants, including Dr. McGuinness, is due on January 12, and Plaintiff intends to depose Dr. McGuinness after he receives his responses to the written discovery requests. But Dr. McGuinness is convalescing from a life-threatening condition, and has been advised by his doctors to rest and avoid work and other stressful activities.

Dr. McGuinness is on medical leave until March 2, 2009. His return to work on that date, however, is dependent on his recovery; he may not be able to return to work then or assist in the defense of this action. Assuming he is healthy enough to return to work, on March 2, the parties stipulate to extending the time for his responses to the written discovery requests (that are currently due on January 12) to March 16, 2009. And Plaintiff may depose Dr. McGuinness within thirty days following service of his responses.

In addition, if the delay in deposing Dr. McGuinness precludes Plaintiff's attorney from asking relevant questions of witnesses whose depositions would otherwise have followed Dr. McGuinness's deposition, Plaintiff may depose those witnesses again on the subject matter of those questions.

Dated: January 8, 2009 /s/ *Ken I. Karan*
KEN I. KARAN
Attorney for Plaintiff
Steven C. Martinez

Dated: January 8, 2009 /s/ *Ken Williams* for
DAVID A. CARRASCO
Supervising Deputy Attorney General
Attorney for Defendants

**ORDER**

Having reviewed the stipulation of the parties to extend discovery for Dr. McGuinness, and good cause showing therefor, the stipulation is the order of the Court.

IT IS SO ORDERED.

Dated: **March 25, 2009** /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE