EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1938
 Fax: (916) 324-5205
 E-mail: David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*State of California, Adams, Bradley, Brewer, Carter,*
*Childress, Davis, DeLeon, Garcia, Garza,*
*McGuinness, Nacar, Nunez, Sena, Smith, Tilton, Van*
*Natta, and Vargas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN C. MARTINEZ,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:07-cv-00996 DLB<br><br>**STIPULATION AND ORDER TO DISMISS SOME DEFENDANTS AND SET DATES FOR OTHERS** |

　　The parties stipulate to the disposition of Defendants, and Plaintiff's claims against them, as follows:

　　1. The ADA claims against the State will remain in this action.

　　2. Excepting DeLeon, Childress, and Brewer, all individual Defendants will be dismissed from this action without prejudice to filing another action against them.

　　3. The action against the State, DeLeon, Childress, and Brewer, will be stayed for 120 day from the date of this stipulation to give the parties an opportunity to mediate Plaintiff's claims

1

against these Defendants; within thirty days from the date of this stipulation, Plaintiff will submit settlement demands on the claims against these four Defendants.

4. If the parties do not settle the ADA claims against the State, discovery shall remain closed, but Plaintiff may depose Defendant McGuinness concerning only the ADA claims alleged against the State, and any claims against DeLeon, Childress, and Brewer, if settlement is not reached on their claims.

5. If mediation does not resolve Plaintiff's claims against any of the four remaining Defendants in this action—the State, DeLeon, Childress, and Brewer—the Parties will ask the Court to reschedule a dispositive motion deadline and trial dates, and plaintiff's claims against each of these four defendants will be tried separately before four different juries.

6. The dispositive motion deadline shall be set forty-five days after conclusion of the time allotted for mediation; the first trial date shall be set ninety days after the time allotted for mediation, and each successive trial date shall be in thirty day increments (or as close to this time as the Court's schedule allows).

7. Plaintiff may file another action against the supervisory defendants in this action—Tilton, Adams, and McGuinness, and may seek to join Neubarth, M.D., Laura Schaper, Director of Nursing, and Cheryl Schutt, former Health Care Manager, all of whom waive no defenses, including misjoinder.

8. Plaintiff reserves the right to file new actions against any individual defendants he dismisses from this action, including supervisory Defendants, and defendants reserve the right to raise any defense in any such actions, including misjoinder.

9. All previously served Defendants in this action agree to accept service of a new complaint and summons by mail on Defendants' attorney.

///

///

///

10. This stipulation is intended to resolve the issues raised by the pending motion for misjoinder and for reconsideration, and the motions to amend the First Amended Complaint. On the Court's approval of this stipulation, the parties request that the Court take all pending motions off calendar without ruling.

Dated: May 8, 2009

*Ken Karan*
KEN I. KARAN
Attorney for Plaintiff
Steven C. Martinez

Dated: May 8, 2009

*David A. Carrasco*
DAVID A. CARRASCO
Attorney for Defendants

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the stipulation is the order of the Court.

Dated: May 13 2009

/s/ Dennis L. Beck
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

SA2007303603
stipdismiss&set.doc