# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. MARTINEZ, | ) | 1:07cv0996 DLB |
| | ) | |
| | ) | |
| | ) | ORDER SETTING STATUS CONFERENCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 14, 2009, pursuant to the stipulation of the parties, the Court dismissed without prejudice all individual defendants in this matter except DeLeon, Childress and Brewer. The parties intended the stipulation to resolve pending motions for misjoinder and for reconsideration, along with the motions to amend the complaint. The parties requested that the Court take the motions off calendar without ruling. Accordingly, the Court VACATES the Amended Motion for Order Granting Leave to Amend the First Amended Complaint (Doc. 113), the Motion to Amend First Amended Complaint (Doc. 138), the Motion for Reconsideration (Doc. 122) and the Motion to Dismiss Misjoined Defendants and Sever Claims (Docs. 123 and 141).

Pursuant to the stipulation, the Court also stayed the action against the State, DeLeon, Childress and Brewer for 120 days to give the parties an opportunity to mediate Plaintiff's claims. (Doc. 148). Therefore, a status conference is SCHEDULED in this matter for September

10, 2009, at 9:30 a.m., before the undersigned.  The parties may appear telephonically for the conference.  In addition, the parties may contact the Court if they need assistance with mediation and/or with scheduling a settlement conference in this matter.

IT IS SO ORDERED.

Dated:  **May 18, 2009**                             **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE