EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1938
 Fax: (916) 324-5205
 E-mail: David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*State of California, Brewer, Childress, and DeLeon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN C. MARTINEZ,** | 1:07-cv-00996 DLB |
| Plaintiff, | **ORDER REFERRING CASE TO MAGISTRATE JUDGE NANDOR J. VADAS FOR MEDIATION** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Having reviewed the stipulation of the parties, and good cause showing, the Court refers this case to Magistrate Judge Nandor J. Vadas for mediation on August 20 and, if necessary, August 21, 2009, at California State Prison–Corcoran.

**IT IS SO ORDERED.**


Dated: June 24, 2009        /s/ *Dennis L. Beck*
                            DENNIS L. BECK
                            UNITED STATES MAGISTRATE JUDGE

SA2007303603

1

stipmediate.doc