EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1938
 Fax: (916) 324-5205
 E-mail: David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*State of California, Brewer, Childress, and DeLeon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN C. MARTINEZ,**<br><br>                                                 Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                                 Defendants. | 1:07-cv-00996 DLB<br><br>**STIPULATION TO CONTINUE MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE NANDOR J. VADAS** |

   On August 20-21, 2009, the parties participated in a mediation conference before

Magistrate Judge Nandor J. Vadas.  The parties made progress but need more time to complete

their negotiations.  Accordingly, the parties stipulate to continuing:  (1) the mediation to

/ / /

/ / /

/ / /

1

Stipulation to Continue Mediation Conference Before Magistrate Judge Nandor J. Vadas (1:07-CV-00996 DLB)

September 24-25, 2009, at California State Prison–Corcoran, before Magistrate Judge Vadas; (2) the status conference (currently scheduled for September 4, 2009) to October 9, 2009 at 11:00 am; and (3) the stay of this litigation, including the pretrial and trial date, on the terms previously stipulated to and ordered by the Court on May 14, 2009, and allowing for the additional 35 days provided by this stipulation.

Dated:  August 2009          _____/s/_____
                             KEN I. KARAN
                             Attorney for Plaintiff
                             Steven C. Martinez

Dated:  August 2009          _____/s/_____
                             DAVID A. CARRASCO
                             Attorney for Defendants

**ORDER**

Having reviewed the stipulation of the parties, and good cause showing, the mediation conference shall be continued to September 25, 2009, and the status conference to October 9, 2009, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **August 31, 2009**           /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE