1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ROCHELLE C. EAST, State Bar No. 183792
   Senior Assistant Attorney General
3  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
6   Fax: (916) 324-5205
    E-mail: David.Carrasco@doj.ca.gov
7  *Attorneys for Defendants*
   *State of California, Brewer, Childress, and DeLeon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVEN C. MARTINEZ,** | 1:07-cv-00996 DLB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

The parties stipulate to continuing the status conference, currently set for October 9, 2009, at 11 a.m., to February 26, 2010, unless the parties file a stipulation for voluntary dismissal first, in which case, the status conference will be vacated. The parties signed a settlement agreement on September 24, 2009, which calls for a sum to be paid to Plaintiff on or before February 22,

///

///

///

1

1   2010.  Under the settlement agreement, Plaintiff's attorney signed a stipulation for voluntary
2   dismissal with prejudice, which Defendants may file when the settlement amount is paid.

Dated:  October 8, 2009                     */s/ Ken Karan*
                                            KEN I. KARAN
                                            Attorney for Plaintiff
                                            Steven C. Martinez

Dated:  October 8, 2009                     */s/ David A. Carrasco*
                                            DAVID A. CARRASCO
                                            Attorney for Defendants

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the status conference, currently set for October 9, 2009, at 11 a.m., shall be continued to February 26, 2010, at 11 a.m., unless the parties file a stipulation for voluntary dismissal before then, in which case, the status conference will be vacated.

IT IS SO ORDERED.

Dated:  **October 8, 2009**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE