United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martinez,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>State of California,<br><br>　　　　Defendants. | Case No C07-996 DLB (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

　　　A settlement conference in this matter was held on September 24, 2009. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff -Ken Karan, Esq, and Plaintiff Mr. Martinez

　　☐　Warden or warden's representative

　　☒　Office of the California Attorney General -David A. Carasco

　　☒　Other: California Department of Corrections and Rehabilitation -
　　　　　Jeff Hook

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement.

☐ The parties are unable to reach an agreement at this time.

Date: October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

Martinez,

        Plaintiff,

v.

State of California,

        Defendant.
_____/

Case Number: C07-996 DLB (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dated: October 20, 2009

Richard W. Wieking, Clerk
By: Gloria Masterson, Deputy Clerk

3