IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. MARTINEZ, | ) | 1:07cv0996 DLB |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | FOR VOLUNTARY DISMISSAL WITH |
| Plaintiff, | ) | PREJUDICE |
| | ) | |
| vs. | ) | (Document 159) |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the stipulation of dismissal filed by the parties on January 20, 2010, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs.

In addition, the court shall retain jurisdiction for twelve months, within which time the parties are required to refer any disputes that may arise from the settlement agreement to Magistrate Judge Vadas before filing any action.

IT IS SO ORDERED.

Dated:  **January 26, 2010**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1